```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

URBAN GROUP EXERCISE CONSULTANTS, LTD.,

                    Plaintiff,
                                            12 Civ. 3599 (RWS)
    - against -
                                              O R D E R

DICK'S SPORTING GOODS, INC.,

                    Defendant.
----------------------------------------X
```

Sweet, D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/13/12

     Defendant's motion to dismiss the amended complaint will be heard on submission, without oral argument, on July 27, 2012. All motion papers shall be served in accordance with Local Civil Rule 6.1.

     It is so ordered.

New York, NY
July 11, 2012

                                               ROBERT W. SWEET
                                                  U.S.D.J.